UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA D. DESKINS,<br><br>    Plaintiff,<br><br>v.<br><br>STEVENS COUNTY, a Washington State governing body; STEVENS COUNTY BOARD OF COUNTY COMMISSIONERS, the governing board for Stevens County, Washington; and DOES 1-10,<br><br>    Defendants. | NO. CV-13-118-RHW<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO STAY CIVIL SUIT** |

Before the Court is Plaintiff's Motion to Stay Civil Suit Pending Exhaustion of Plaintiff's Criminal Appeals; Alternatively Objection to Removal and Pltf's Motion to Remand to State Court, ECF No. 3.

A district court may enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case, if it is efficient for its own docket and it is fair to the parties. *Dependable Highway Exp., Inc. v Navigators Ins. Co.*, 498 F.3d 1059, * (9th Cir. 2007). Here, Plaintiff is alleging violations of procedural due process, substantive due process, and an unconstitutional taking, which are implicated in her appeal before the Washington courts. As such, it is proper to stay the above-captioned case.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Stay Civil Suit Pending Exhaustion of Plaintiff's Criminal Appeals; Alternatively Objection to Removal and Pltf's Motion to

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY CIVIL SUIT** ~ 1

1. Remand to State Court, ECF No. 3, is **GRANTED**.

2. The above-captioned case is **stayed**.

3. On or before **December 2, 2013**, the parties shall file a status certificate to the Court. The parties should notify the Court if an opinion resolving the Washington criminal appeals is filed before this date.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel and Plaintiff.

**DATED** this 5th day of June, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\RHW\aCIVIL\2013\Deskins\stay.order.wpd

**ORDER GRANTING PLAINTIFF'S MOTION TO STAY CIVIL SUIT ~ 2**