# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

PAMELA D. DESKINS

*Plaintiff*

v.

STEVENS COUNTY, a Washington State governing body; STEVENS COUNTY BOARD OF COUNTY COMMISSIONERS, the governing board for Stevens County, Washington; and DOES 1-10,

*Defendant*

Civil Action No.   13-CV-0118-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Judgment in favor of Defendants and against Plaintiff, pursuant to Order [ECF No. 55].

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  April 7, 2015

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler